UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
EUGENE H. CARTER,
    Debtor.                                                                   No. 04-17352-s7

**REPORT TO THE COURT ON UNCLAIMED FUNDS
DEPOSITED INTO THE COURT REGISTRY**

      COMES NOW, the Trustee in Bankruptcy Eugene Carter, No. 04-17352-s7, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, as referred to in the Order filed herein on January 12, 2010 the Trustee will forward a check in the amount of one thousand nine hundred seventy-nine dollars and fifty-two cents ($1,979.52) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

              Medical Board of California      $1,979.52
              1426 Howe St., #54
              Sacramento, CA 95825
              (non-negotiated check)

              Respectfully Submitted,

              *Submitted Electronically*
              MICHAEL J. CAPLAN, Trustee
              827 E. Santa Fe Ave.
              Grants, NM 87020
              (505) 287-8891

      I certify that I mailed a copy of this notice, via first class mail, as noted, to the parties listed below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by use of the notice transmission facilities of the case management and electronic filing system on this 15th day of June, 2010.

*Submitted Electronically*
MICHAEL J. CAPLAN